UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL OKPOR
P.O BOX 604
BERLIN NJ 08009

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

(1) CBS NEWS BROADCASTING PHILADEPHIA PA.

(2) CBS NEWS PHILADEPHIA

(3) CBS NEWS HEAD OFFICE

(4) ERIC GILKESON

(5) ARMOR METALS RECYCLING LLC

(6) JOHN DOE #1-10

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.   **Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name             MICHAEL OKPOR
            Street Address   P.O BOX 604
            County, City     BERLIN NJ
            State & Zip Code 08009
            Telephone Number 856-883-4176

Rev. 10/2009

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: CBS BROADCASTING NE[W]
Street Address: 1555 HAMILTON STREET
County, City: PHILADEPHIA PA
State & Zip Code: 19130

Defendant No. 2
Name: CBS NEWS CENTER
Street Address: 1555 HAMILTON STREET
County, City: PHILADEPHIA PA
State & Zip Code: 19130

Defendant No. 3
Name: CBS NEW HEAD OFFICE
Street Address: 1555 HAMILTON STREET
County, City: PHILADEPHIA PA
State & Zip Code: 19130

Defendant No. 4
Name: ERIC GILKESON
Street Address: 808 DREXEL AVE
County, City: DELRAN NJ
State & Zip Code: 08075

(5) ARMOR METALS & RECYCLING LLC
800 NATIONAL HWY STE 2
PENNSAUKEN TWNSHIP NJ 08110

II.  **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
☑ Federal Questions   ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?
(1) VIOLATION OF MY CIVIL RIGHT WILLFULLY DEPRIVATION OF MY CIVIL RIGHT 42 USCS 1983
(2) DEFAMATION AGAINST PLAINTIFF

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __USA__

Defendant(s) state(s) of citizenship __USA__

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __AT SICKLERVILLE ROAD SICKLERVILLE, NEW JERSEY__

B. What date and approximate time did the events giving rise to your claim(s) occur? __LATE THIS PLAINTIFF JUST FOUND OUT THAT CBS BROADCASTING CENTER PHILADEPHIA BEEN DEFAMING PLAINTIFF__

C. Facts: __PLAINTIFF JUST FOUND OUT THAT CBS NEWS MAKING AND PUBLISHING A FALSE STATEMENT ABAUT PLAINTIFF FOR THEFT OF A PROPERTIES.__

[What happened to you?]

__CBS NEWS LIBEL AND SLANDER PLAINTIFF, THIS FALSE PUBLICATION STATEMENT ARE SO DAMAGING TO PLAINTIFF REPUTATION.__

[Who did what?]

__CBS NEW MADE THE STATEMENT DID SO NEGLIGENTLY, RECKLESSLY OR INTENTIONALLY AND AS A RESULT OF THE STATEMENT AS SUCH MY REPUTATION WAS DAMAGED.__

[Was anyone else involved?]

__THIS FALSE PUBLICATION AND COMMUNICATION OF FALSE MESSAGE ABAUT PLAINTIFF HAS CAUSE A SEVERE HARM TO HIS REPUTATION__

[Who else saw what happened?]

Rev. 10/2009 __DO CBS NEW FALSE PUBLICATION ABAUT PLAINTIFF HAS RESULT OTHER INDIVIDUAL CALLING HIM A CRIMINAL OR THE__

IV.     Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. DAMAGES TO PLAINTIFF DUE TO DEFENDANT DEFAMATION AGAINST PLAINTIFF HAS CAUSE HIM ALOSS OF REPUTATION, SHAME, HURT FEELING EMBARRASSMENT, AND MORE. SPERCIAL DAMAGES: THIS INCLUDES DAMAGES TO THE PLAINTIFF PROPERTY, OCCUPATION, TRADE, PROFESSION OR BUSINESS RELATIONSHIP. PUNITIVE DAMAGE AGAINST DEFENDANT

V.      Relief: (1) GENERAL DAMAGE, SPECIAL DAMAGE AND PUNITIVE DAMAGE VIOLATION OF PLAINTIFF CIVIL RIGHT

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I WANT THIS COURT AWARD PLAINTIFF FOR GENERAL DAMAGES, THIS INCLUDES LOSS OF REPUTATION, SHAME, HURT FEELINGS, EMBARRASSMENT AND MORE SPECIAL DAMAGES THIS INCLUDES DAMAGES TO THE PLAINTIFF PROPERTY, OCCUPATION, TRADE, PROFESSION OR BUSINESS RELATIONSHIP
FINALLY PUNITIVE DAMAGES AGAIN THE DEFENDANT
I WANT COMPENSATION FINANCIAL AND ALSO HELP DETER OTHERS FROM DEFAMING ME
I WANT PUBLICATION TO BE WITHDRAW FROM ALL MEDIA AND SOCIAL MEDIA.
PLAINTIFF DEMAND $500,000,000 FOR THIS DEFAMATION BY THE DEFENDANT INCLUDE INTREST.
SEE EXHIBIT A

Rev. 10/2009                    -4-

DEFAMATION AND CIVIL RIGHT
42 USC 1983

CBS NEWS BROADCASTING CENTER PHILADEPHIA MADE A FALSE PUBLICATION AND HARMFUL STATEMENT ABOUT PLAINTIFF TO A THIRD PARTY. THIS STATEMENT CAUSES A SERIOUSE HARM AND CONTINUE TO CAUSE NUMEROUS HARM TO PLAINTIFF, INCLUDE PLAINTIFF FAMILY AS WELL. SEE EXHIBIT (A).

THIS FALSE PUBLICATED STATEMENT HAS CAUSE PLAINTIFF GREAT HARM TO HIS REPUTATION.

THIS FALSE STATEMENT PURPORTED T BE FALSE, DEFENDANT WAS NEGLIGENT

DUE TO THIS FALSE PUBLICATION, ON OF THE DEFENDANTS ON THIS CASE CONTIN CONTINUE CALLING PLAINTIFF CRIMINAL, THIEF AND THE WORD STILL SPREADING ALL OVER DUE TO DEFENDANT NEGLIGENCE

THIS DEFENDANT FALSE STATEMENT CONTINUE TO HARM PLAINTIFF TILL DATE.

PLAINTIFF RIGHT WAS DEPRIVATED 42 USC 1983.

PLAINTIFF JUST FOUND OUT ABOUT THIS DEFAMATION BY CBS NEWS BROADCASTING CENTER ON MAY THIS YEAR, 2024. THROUGH ONE ERIC GILKESON CALLED THE PLAINTIFF A THIEF AND CRIMINAL.

ERIC GILKERSON CLAIM HE GOT THE INFORMATION FROM CBS NEW BROADCASTING CENTER NEWS AND PUBLICATION. SAME APPLICABLE TO OTHER DEFENDANT.

THIS PUBLICATED STATEMENT CAN BE EASILY DESCRIBED AS FALSE, JUST PUBLISHED HARMFUL, OR UNPRIVILEGED.

Thanks

Michael Okpor

12/28/24.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of __12/28th_____, 20__24__

Signature of Plaintiff __Michael Okpor__
Mailing Address __P.O Box 604__
__Berlin NJ__
__08009__
Telephone Number __856-883-4176__
Fax Number *(if you have one)* _____
E-mail Address __Michael.Okpor@yahoo.com__

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____

**EXHIBIT A**


PHILADELPHIA   News   Weather   Sports   Video   CBS Philadelphia Shows

LOCAL NEWS

# Man Charged With Stealing Donated Clothes In South Jersey


May 7, 2014 / 10:30 AM EDT / CBS Philadelphia

*By Steve Beck*

*SICKLERVILLE, N.J. (CBS)* -- A South Jersey man was stealing clothes intended for charities and was selling them at flea markets, police said.

Michael Okpor, of Berlin, N.J., was arrested Monday night by officers with the Gloucester Township Police Department.

According to investigators, officers observed a car driven by Okpor pull into the EZ Food Stop convenience store parking lot on Sicklerville Road in Sicklerville.

Authorities say Okpor got out of his car and removed five bags of clothing from the donation container belonging to South Jersey Ventures.


**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
MICHAEL OKPOR

**DEFENDANTS**
CBS NEWS BROADCAS

(b) County of Residence of First Listed Plaintiff: CAMDEN
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: 
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*: CBS News Philadelphia PT

## II. BASIS OF JURISDICTION
[ ] 1 U.S. Government Plaintiff
[X] Federal Question (U.S. Government Not a Party)
[ ] 2 U.S. Government Defendant
[ ] 4 Diversity

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State: PTF [X] DEF [ ]1
Citizen of Another State: [ ]2 [ ]2
Citizen or Subject of a Foreign Country: [ ]3 [ ]3

Incorporated or Principal Place of Business In This State: [ ]4 [ ]4
Incorporated and Principal Place of Business In Another State: [ ]5 [ ]5
Foreign Nation: [ ]6 [ ]6

## IV. NATURE OF SUIT
[X] 440 Other Civil Rights (440)

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute: 42 U.S.C. 1983, DEFAMATION
Brief description of cause: CIVIL RIGHT VIOLATION / DEFAMATION

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $: $500,000,000 / $500,000,000
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
JUDGE: 
DOCKET NUMBER: 

DATE: 
SIGNATURE OF ATTORNEY OF RECORD: 

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____



PageID: 14





# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

- **2024** · PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | Box 2. Beneficiary's Social Security Number |
|---|---|
| MICHAEL C OKPOR | 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 |

| Box 3. Benefits Paid in 2024 | Box 4. Benefits Repaid to SSA in 2024 | Box 5. Net Benefits for 2024 (Box 3 minus Box 4) |
|---|---|---|
| $13,776.00 | NONE | $13,776.00 |

| DESCRIPTION OF AMOUNT IN BOX 3 | | DESCRIPTION OF AMOUNT IN BOX 4 |
|---|---|---|
| Paid by check or Direct deposit | $13,259.40 | NONE |
| Treasury Benefit Payment Offset, Garnishment and/or Tax Levy | $516.60 | |
| Total Additions | $13,776.00 | |
| Benefits for 2024 | $13,776.00 | |

Box 6. Voluntary Federal Income Tax Withheld

NONE

Box 7. Address

MICHAEL C OKPOR
PO BOX 604
BERLIN NJ 08009-0604

Box 8. Claim Number (*Use this number if you need to contact SSA.*)

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A

DO NOT RETURN THIS FORM TO SSA OR IRS

Form SSA-1099-SM (1-2025)

FIRST-CLASS MAIL
PRESORTED
POSTAGE AND FEES PAID
SOCIAL SECURITY
ADMINISTRATION
PERMIT NO.G-11

S080 *************AUTO**SCH 5-DIGIT
F1R19C-0086289                                27/779/855
MICHAEL C OKPOR
PO BOX 604
BERLIN NJ 08009-0604

SOCIAL SECURITY ADMINISTRATION
P.O. BOX 67620
WILKES-BARRE, PA 18767-7620

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Securing today and tomorrow

Form SSA-1099-SM (1-2025)

LIFT TO OPEN

Printed on recycled paper

**SCAM ALERT**

Scammers are pretending to be government employees. They may threaten you and may demand immediate payment to avoid arrest or other legal action. Do not be fooled!

If you receive a suspicious call:
1. HANG UP!
2. DO NOT GIVE THEM MONEY OR PERSONAL INFORMATION!
3. REPORT THE SCAM AT OIG.SSA.GOV

IMPORTANT: TAX INFORMATION ENCLOSED
KEEP THIS FORM FOR PROOF OF SOCIAL SECURITY BENEFITS

GPO U.S. GOVERNMENT PUBLISHING OFFICE: 2025 431-200/10010