IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL OKPOR,                          :
    Plaintiff,                          :
                                   :
    v.                                  :        CIVIL ACTION NO. 25-CV-0501
                                   :
CBS NEWS BROADCASTING, *et al.*,        :
    Defendants.                         :

## ORDER

AND NOW, this 11th day of April, 2025, upon consideration of Plaintiff Michael Okpor's Motion to Proceed *In Forma Pauperis* (ECF No. 8), and Amended Complaint (ECF No. 9), it is **ORDERED** that:

1.     Okpor's motion (ECF No. 8) is **DENIED** as **MOOT** because Okpor was previously granted leave to proceed *in forma pauperis* on February 3, 2025. *See* ECF No. 6.

2.     For the reasons stated in the Court's Memorandum, Okpor's Amended Complaint (ECF No. 9) is **DISMISSED** as follows:

    a.     All federal claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

    b.     All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

3.     The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

**/s/ Juan R. Sánchez**
**JUAN R. SÁNCHEZ, J.**